JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO SANTOS CORTES,<br>Petitioner,<br>v.<br>DHS OPLA, et al.,<br>Respondents. | Case No. 5:26-cv-02905-DSF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

DATED: September 16, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE